UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                          Case No. 8:23-cv-02879-WFJ-TGW

ARIN ENTERPRISES, LLC,
a Florida Limited Liability Company
d/b/a DAYS INN AND SUITES,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff HOWARD COHAN and Defendant ARIN ENTERPRISES, LLC, by and through their respective undersigned counsel, pursuant to M.D. Fla. Local Rule 3.09, hereby jointly give notice that they have reached a settlement in principle of this action. The parties anticipate submitting a stipulation for dismissal with prejudice within thirty (30) days.

[This space intentionally left blank. Signature blocks appears on following page.]

Dated:  March 4, 2024                                  Respectfully submitted,

*s/ Gregory S. Sconzo*                                 *s/ Adam S. Chotiner*[1]
Gregory S. Sconzo, Esq.                                Adam S. Chotiner, Esq.
E-Mail: greg@sconzolawoffice.com                       E-Mail: achotiner@sbwh.law
Sconzo Law Office, P.A.                                Shapiro, Blasi, Wasserman
3825 PGA Boulevard, Suite 207                            & Hermann, P.A.
Palm Beach Gardens, FL 33410                           7777 Glades Rd., Suite 400
Telephone: (561) 729-0940                              Boca Raton, FL  33434
Facsimile: (561) 491-9459                              Tel: (561) 477-7800
Trial Counsel for Plaintiff                            Fax: (561) 477-7722
                                                       Trial Counsel for Defendant

---

[1] Plaintiff's counsel Gregory S. Sconzo has provided Adam S. Chotiner with express authority to jointly file this notice.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, causing a copy to be served on all counsel of record.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.
Florida Bar No. 0146315
E-Mail: achotiner@sbwh.law
SHAPIRO, BLASI, WASSERMAN
 & HERMANN, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL  33434
Tel:  (561) 477-7800
Fax: (561) 477-7722
Trial Counsel for Defendant
